# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-2029 **Short Title:** League of Women Voters of N

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:

See attached as the

[✓] appellant(s) [ ] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Laura E. Myron
Signature

09.05.26
Date

Laura E. Myron
Name

U.S. Department of Justice
Firm Name (if applicable)

202.514.4819
Telephone Number

950 Pennsylvania Ave NW
Address

Fax Number

Washington, DC 20530
City, State, Zip Code

laura.e.myron@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1176943

Has this case or any related case previously been on appeal?

[ ] No [✓] Yes Court of Appeals No. 26-1774, 26-1944, 26-1987, 26-19888, 26-1989, 26-1991

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Represented Parties

- Donald J. Trump, in his official capacity as President of the United States
- United States Postal Service
- United States Postal Service Board of Governors
- David Steiner, in his official capacity as Postmaster General
- Douglas A. Tulino, in his official capacity as Deputy Postmaster General
- Amber F. McReynolds, in her official capacity as Chairwoman of the Board of Governors of the United States Postal Service
- Derek T. Kan, in his official capacity as Chairman of the Board of Governors of the United States Postal Service
- Ronal A. Stroman, in his official capacity as a member of the Board of Governors of the United States Postal Service
- Daniel M. Tangherlini, in his official capacity as a member of the Board of Governors of the United States Postal Service
- Department of Homeland Security
- Markwayne Mullin in his official capacity as the Secretary of the Department of Homeland Security
- Social Security Administration
- Frank J. Bisignano, in his official capacity as Commissioner of the Social Security Administration
- U.S. Citizenship and Immigration Services
- Joseph B. Edlow, in his official capacity as Director of U.S. Citizenship and Immigration Services