**Nos. 26-2029, 26-2030**

**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, LEAGUE OF WOMEN VOTERS LOTTE E. SCHARFMAN MEMORIAL EDUCATION FUND, LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, LEAGUE OF WOMEN VOTERS EDUCATION FUND, ASSOCIATION OF AMERICANS RESIDENT OVERSEAS, U.S. VOTE FOUNDATION, OCA-ASIAN PACIFIC AMERICAN ADVOCATES, DELTA SIGMA THETA SORORITY, INC.,
*Plaintiffs-Appellees*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, UNITED STATES POSTAL SERVICE, UNITED STATES POSTAL SERVICE BOARD OF GOVERNORS, DAVID STEINER, in his official capacity as Postmaster General, DOUGLAS A. TULINO, in his official capacity as Deputy Postmaster General, AMBER F. MCREYNOLDS, in her official capacity as Chairwoman of the Board of Governors of the United States Postal Service, DEREK T. KAN, in his official capacity as the Vice Chairman of the Board of Governors of the United States Postal Service, RONALD A. STROMAN, in his official capacity as a member of the Board of Governors of the United States Postal Service, DANIEL M. TANGHERLINI, in his official capacity as a member of the Board of Governors of the United States Postal Service,
*Defendants-Appellants*,

STATE OF MISSOURI; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF INDIANA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MONTANA; STATE OF NEBRASKA;

STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TEXAS,
*Intervenor Defendants-Appellants*.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

---

**PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR LEAVE TO FILE COMBINED OVERSIZED RESPONSE OF NO MORE THAN 6,500 WORDS**

---

Plaintiffs-Appellees respectfully move for leave to file a single response opposing Federal Defendants-Appellants' and Intervenor States Defendants-Appellants' Emergency Motions for Stay of the Preliminary Injunction Pending Appeal, not exceeding 6,500 words, rather than two separately filed responses at the standard 5,200-word limit under Fed. R. App. P. 27(d)(2)(A). Compelling reasons exist because Plaintiffs are responding in a single, combined response to two separately filed and distinct motions.

In support, Plaintiffs state as follows:

1. On the evening of September 4, 2026, the U.S. District Court for the District of Massachusetts granted Plaintiffs' motion for a preliminary injunction and dissolved the temporary restraining order.

2. On the afternoon of September 5, 2026, Federal Defendants filed an emergency motion for an administrative stay and a stay pending appeal of the preliminary injunction.

3. On September 6, 2026, Intervenor Defendants also filed an emergency motion for an administrative stay and a stay pending appeal of the preliminary injunction.

4. On September 6, 2026, the Court ordered Plaintiffs to file any response no later than 5:00 p.m. on Monday, September 7, 2026.

5. Rather than file two separate responses of 5,200 words each in accordance with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A), Plaintiffs' counsel conferred with counsel for Defendants and Intervenor Defendants regarding the submission of a single, combined response of no more than 6,500 words.

6. Defendants and Intervenor Defendants did not oppose this requested relief.

7. The filing of an oversized response of no more than 6,500 words would cause no prejudice to Defendants or Intervenor Defendants, nor would it alter any other deadlines in this case.

For the foregoing reasons, Plaintiffs respectfully requests that this Court grant leave to file a single, combined response of no more than 6,500 words.

[*signature blocks on next page*]

Dated: September 7, 2026

Respectfully submitted,

Jessie J. Rossman
Suzanne Schlossberg
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108

Eliza Sweren-Becker
Wendy Weiser
Andrew B. Garber
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271

Justin Lam
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
777 6th Street NW, Suite 1100
Washington, DC 20001

Niyati Shah
Noah Baron
Ejaz Baluch, Jr.
ASIAN AMERICANS ADVANCING JUSTICE-AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036

Miranda Galindo
Latino Justice PRLDEF

Sophia Lin Lakin
Theresa J. Lee
Davin Rosborough
Ethan Herenstein
Jonathan Topaz
Ming Cheung
William Hughes
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004

Sarah Brannon
Adriel I. Cepeda Derieux
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, DC 20005

Leah C. Aden
Brenda Wright
John S. Cusick
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006

I. Sara Rohani
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005

475 Riverside Drive, Suite 1901
New York, NY 10115

*Counsel for Plaintiffs-Appellees*

**CERTIFICATE OF SERVICE**

I certify that on September 7, 2026, the foregoing motion was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

Dated: September 7, 2026

*/s/ Sophia Lin Lakin*
Sophia Lin Lakin

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by the Fed. R. App. P. 32(f) this document contains 293 words, as counted by Microsoft Word. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in 14-point, proportionally spaced Time New Roman font.

Dated: September 7, 2026

*/s/ Sophia Lin Lakin*
Sophia Lin Lakin