# United States Court of Appeals
## For the First Circuit

---

**DOCKETING STATEMENT**

**No.** 26-2029 **Short Title:** League of Women Voters of Massachusetts v. Trump

**Type of Action**

- ☑ Civil
- ☐ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from 09/04/2026
  2. Date this notice of appeal filed 09/04/2026
     If cross appeal, date first notice of appeal filed ____________
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) ____________
  4. Date of entry of order deciding above post-judgment motion ____________
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) ____________
     Time extended to ____________

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits? ☐ Yes ☑ No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? ☐ Yes ☑ No
        If yes, explain ____________
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? ☑ Yes ☐ No
        If yes, explain Preliminary Injunction being appealed

C. Has this case previously been appealed? ☑ Yes ☐ No
   If yes, give the case name, docket number and disposition of each prior appeal 26-1774, 26-1779, 26-1944, 26-1987, 26-1988, 26-1989, 26-1991, 26-2030, 26-2031, 26-2032

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? ☑ Yes ☐ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party see attached
Attorney
Address
Telephone

2. Adverse party
Attorney
Address
Telephone

3. Adverse party
Attorney
Address
Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name see attached
Address
Telephone

Attorney's name
Firm
Address
Telephone

2. Appellant's name
Address
Telephone

Attorney's name
Firm
Address
Telephone

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature_/s/JenniferL.Utrecht__________________
Date_09/18/2026____________________________

## Docketing Statement - Continuation Sheet

***League of Women Voters of Massachusetts v. Trump,* No. 26-2029 (1st Cir.)**

### D. Related Cases:

*California v. USPS*, No. 26-1987 (1st Cir.)

*League of Women Voters of Massachusetts v. Trump*, No. 26-1988 (1st Cir.)

*League of Women Voters of Massachusetts v. Missouri*, No. 26-1989 (1st Cir.)

*California v. Missouri*, No. 26-1991 (1st Cir.)

*California v. USPS*, No. 26-2031 (1st Cir.)

*League of Women Voters v. Missouri*, No. 26-2030 (1st Cir.)

*California v. Missouri*, No. 26-2032 (1st Cir.)

*USPS v. California*, No. 26A305 (S. Ct.)

### F. Adverse Parties and Counsel

Parties:

League of Women Voters of Massachusetts
Legue of Women Voters Lotte E. Scharfman Memorial Education Fund
Legue of Women Voters of the United States
Legue of Women Voters Education Fund
Association of American Residents Overseas
U.S. Vote Foundation
OCA-Asian Pacific American Advocates
Delta Sigma Theta Sorority, Inc.

Attorneys:

Leah C. Aden, John Spencer Cusick, Brenda Wright
NAACP Legal Defense & Educational Fund

40 Rector St 5th Fl
New York, NY 10006
212-965-2200

Isabel Sara Rohani
NAACP LEGAL DEFENSE & EDUCATIONAL FUND INC
700 14th St NW Suite 600
Washington, DC 20005
202-682-1300

Ejaz H. Baluch Jr., Noah Baron, Niyati Shah
ASIAN AMERICANS ADVANCING JUSTICE – AAJC
1620 L Street NW Ste 1050
Washington DC 200036
202-296-2300

Sarah Brannon, Adriel I. Cepeda Derieux
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington DC 20005
202-457-0800

Ming Cheung, Ethan Herenstein, William Miles Huges, Sophia Lin Lakin, Theresa J. Lee, Clayton Pierce, Davin McKay Rosborough, Jonathan J. Topaz
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street 18th Floor
New York, NY 10004
212-549-2500

Miranda Galindo
LATINO JUSTICE PRLDEF
475 Riverside Drive Suite 1901
New York, NY 10155

Justin Lam
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
777 6th Street NW Suite 1100

Washington DC 20001
202-753-5911

Andrew B. Garber, Eliza Sweren-Becker, Wendy Weiser
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway Suite 1750
New York NY 10271
646-292-8310

Jessie J. Rossman, Suzanne Schlossberg
ACLU OF MASSACHUSETTS
1 Center Plaza, Suite 850
Boston, MA 02108
617-482-3170

**G. Appellants:**

Parties:

- Donald J. Trump, in the official capacity as President of the United States
- U.S. Postal Service
- U.S. Postal Service Board of Governors
- David Steiner, in the official capacity as Postmaster General and Chief Executive Officer of the Postal Service
- Douglas Tulino, in the official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the U.S. Postal Service and Member of the Postal Service Board of Governors
- Amber McReynolds, in the official capacity as Chair of the Postal Service Board of Governors
- Derek T. Kan, in the official capacity as Vice Chairman of the Postal Service Board of Governors
- Ronald Stroman, in the official capacity as a Member of the Postal Service Board of Governors
- Daniel Mark Tangherlini, in the official capacity as a Member of the Postal Service Board of Governors
- U.S. Department of Homeland Security

- Markwayne Mullin, in the official capacity as Secretary of the United States Department of Homeland Security
- Social Security Administration
- Frank J. Bisignano, in the official capacity as Commissioner of the U.S. Social Security Administration
- U.S. Citizenship and Immigration Services
- Jospeh B. Edlow, in the official capacity as Director of U.S. Citizenship and Immigration Services

<u>Attorneys</u>

Bradley Hinshelwood , Jennifer Utrecht, Laura E. Myron, Sophia Shams
US Department of Justice, Civil Division, Appellate Staff
950 Pennsylvania Ave NW Room 7710
Washington, DC 20530
202-353-9039

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2026, I electronically filed the foregoing docketing statement with the Clerk of Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Jennifer L. Utrecht*

*Counsel for Defendants-Appellants*